UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JENNIFER COLON,

Defendant.

04 Cr. 320 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of defendant Jennifer Colon's pro se motion requesting the removal of the lien recorded against her in connection with the obligation to pay restitution that was imposed on her by the judgment that the Court entered in this case on March 23, 2025. See ECF No. 8.

The Government is hereby ordered to respond to Colon's motion no later than January 26, 2025.

SO ORDERED.

Dated:    New York, NY
          December 22, 2025

JED S. RAKOFF, U.S.D.J.

1